■ JET ASPHALT CORPORATION, Appellant, v NEW YORK POST CORPORATION et al., Respondents.—Order and judgment, Supreme Court, New York County, entered April 12, 1977 and April 28, 1977, respectively, unanimously affirmed for the reasons stated by Riccobono, J., without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Fein, Markewich and Yesawich, JJ.

■ In the Matter of the Arbitration between COLUMBIA PICTURES INDUSTRIES, INC., Appellant, and HAL ROACH STUDIOS INTERNATIONAL LTD., Respondent.—Judgment and order, Supreme Court, New York County, entered on October 4, 1977 and December 19, 1977, respectively, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of these appeals. Concur—Kupferman, J. P., Birns, Evans, Fein and Sandler, JJ.

■ ALLERTON, BERMAN & DEAN, INC., Respondent, v HUDSON VALLEY WINE CO., INC., Appellant.—Order and judgment, Supreme Court, New York County, entered December 6, 1977 and December 16, 1977, respectively, unanimously affirmed for the reasons stated by Gabel, J. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Evans, Fein and Sandler, JJ.

■ In the Matter of EAST 4TH STREET RESTAURANT CORP., Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Judgment, Supreme Court, New York County, entered on December 20, 1977, unanimously affirmed on the opinion of Greenfield, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Lane, Sandler and Sullivan, JJ.

■ SNR HOLDINGS, INC., et al., Appellants, v ATAKA AMERICA, INC., et al., Respondents.—Order, Supreme Court, New York County, entered March 1, 1978, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. Respondents shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Evans, J. P., Markewich, Yesawich and Sandler, JJ.